```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
-----------------------------------------------

EKREM SEJDIJA,

                Plaintiff,

    - against -

FIRST QUALITY MAINTENANCE, L.P., ET AL.,

                Defendants.

22-cv-4487 (JGK)

ORDER

-----------------------------------------------

JOHN G. KOELTL, District Judge:

    The conference scheduled for August 9, 2022, is canceled.

SO ORDERED.

Dated:    New York, New York
           August 3, 2022

                                          John G. Koeltl
                                  United States District Judge