UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
───────────────────────────────

EKREM SEJDIJA,                                22-cv-4487 (JGK)

           Plaintiffs,                  ORDER

      - against -

FIRST QUALITY MAINTENANCE, L.P.,
ET AL.,

           Defendants.
───────────────────────────────

JOHN G. KOELTL, District Judge:

    The defendants are directed to provide the Court with courtesy copies of all papers filed in connection with the fully briefed motion to dismiss or to compel arbitration (ECF No. 18).

SO ORDERED.

Dated:    New York, New York
          November 11, 2022

                                             John G. Koeltl
                                  United States District Judge