UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
EKREM SEJDIJA,

      Plaintiff,

  - against -

FIRST QUALITY MAINTENANCE, L.P., et al.,

      Defendants.
------------------------------------------------------------X

22-CV-4487 (RWL)

**ORDER
APPROVING SETTLEMENT
AND DISMISSING CASE**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/29/2023

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

  This case is an action for damages under the Fair Labor Standards Act, 29 U.S.C. § 201 *et seq.* ("FLSA") and the New York Labor Law.  Before the Court is the parties' joint letter request that the Court approve their settlement agreement, a fully executed copy of which was submitted on March 29, 2023.[1]  A federal court is obligated to determine whether settlement of an FLSA case under the court's consideration is fair and reasonable and the subject of an arm's length negotiation, not an employer's overreaching.  *See Cheeks v. Freeport Pancake House*, 796 F.3d 199 (2d Cir. 2015).

  The Court has carefully reviewed the Settlement Agreement as well as the parties' letter.  The Court has taken into account, without limitation, prior proceedings in this action, including the parties' participation in the District's Mediation Program; the attendant risks, burdens, and costs associated with continuing the action; the range of possible recovery; whether the Settlement Agreement is the product of arm's length bargaining between experienced counsel or parties; the amount of attorney's fees; and

---

[1] The Settlement Agreement was preceded by a stipulation of Defendant VBG 990 AOA LLC to forbear enforcing a housing court judgment against Plaintiff and his family.  That Stipulation is a condition of the Settlement Agreement.

1

the possibility of fraud or collusion. Among other attributes of the Settlement Agreement, there are no confidentiality restrictions; there is no non-disparagement provision; the release is narrowly tailored; and the attorneys' fees are within a fair, reasonable, and acceptable range. Considering all the circumstances, the Court finds that the Settlement Agreement is fair and reasonable and hereby approved.

This case, having resolved by settlement, is hereby dismissed and discontinued in its entirety, with prejudice, without costs or fees to any party, except as provided for in the parties' settlement agreement. The Clerk of Court is respectfully requested to terminate all motions and deadlines, and close this case.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: March 29, 2023
       New York, New York

Copies transmitted to all counsel of record.